

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2015

No. 04-15-00500-CV

**IN THE BEST INTEREST AND PROTECTION OF S.W.**,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2015-MH-2596
Kelly Cross, Judge Presiding

No. 04-15-00505-CV

**THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF S.W.**

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2015-MH-2544
Kelly Cross, Judge Presiding

## ORDER

Appellee's motion for extension of time to file brief is hereby GRANTED. Time is extended to December 21, 2015.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of December, 2015.

_____
Keith E. Hottle
Clerk of Court